# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO TRUCK WRECKING, INC., et al.,<br><br>    Defendants. | Case No. 1:19-cv-00123-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>THIRTY DAY DEADLINE |

On April 15, 2019, the parties filed a joint status statement informing the Court that they have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**April 17, 2019**__

                                          UNITED STATES MAGISTRATE JUDGE